Paul L. Alaga, SBN 221165
Kevin Mitchell, SBN 257572
**BRYANT LAW GROUP, LLP**
885 Bryant Street, Suite 202
San Francisco, California 94103
415-581-0885 Tel.
415-581-0887 Fax.
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON GENTRY, | Case No. 22-cv-00720-MCE-JDP |
| Plaintiff, | **ORDER OF DISMISSAL OF SECOND CAUSE OF ACTION WITHOUT PREJUDICE** |
| vs. | |
| MANTECA POLICE DEPARTMENT, Manteca Police Officer D. BROOKS, Badge No. 3878; Manteca Police Officer HERNANDEZ; and DOES 1-50, | |
| Defendants. / | |

Pursuant to Plaintiff's request, the Second Cause of Action only is DISMISSED without prejudice. This action shall proceed on Plaintiff's remaining claims.

IT IS SO ORDERED.

Dated: June 7, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE