x

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON GENTRY,<br><br>    Plaintiff,<br><br>  v.<br><br>MANTECA POLICE DEPARTMENT, et al.,<br><br>    Defendants. | No. 2:22-cv-00720-MCE-JDP<br><br>**ORDER** |

Presently before the Court is Plaintiff's Ex Parte Application, ECF No. 18, for 10-day Extension to file Opposition to Defendants' Motion for Summary Judgment, ECF No. 16. Plaintiff indicates that an assigned attorney mis-calendared the opposition date, reading the local rules to require oppositions to be filed fourteen (14) days prior to the scheduled hearing date. In fact, the local rules require an opposition to be filed fourteen (14) days after the motion itself is filed.[1]

///

///

///

///

---

[1] A prior version of Local Rule 230 did set the time for filing an opposition at 14 days prior to the noticed or continued hearing date. The parties are advised going forward to ensure that they are viewing the most recent version of the applicable rules.

1

1  Defendants oppose Plaintiff's requested extension of time for a variety of reasons.
2  ECF No. 21.  However, this Court is not inclined to let a procedural snafu prevent it from
3  considering the merits of this case.  Accordingly, Plaintiff's request is GRANTED, and his
4  opposition shall be filed not later than July 25, 2024.  To avoid prejudice to Defendants,
5  they in turn shall have fourteen (14) days from the filing of the opposition in which to file
6  their reply.

  IT IS SO ORDERED.

Dated:  July 25, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE