UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON GENTRY, | No. 2:22-cv-00720-MCE-JDP |
| Plaintiff, | |
| v. | **ORDER** |
| MANTECA POLICE DEPARTMENT, et al., | |
| Defendants. | |

On July 25, 2024, this Court signed an order granting Plaintiff an extension of time through that same day to file his opposition to Defendants' Motion for Summary Judgment. That Order was not filed until the following day, July 26, 2024, (ECF No. 24) and Plaintiff filed his Opposition very shortly thereafter (ECF No. 25).

Presently before the Court is Defendants' Motion to Strike Plaintiff's Opposition as untimely filed because it was filed on July 26 instead of July 25. ECF No. 28. Clearly Plaintiff could not have filed his Opposition on July 25 because the Order granting him an extension was not filed until July 26. Accordingly, the Court's Order granting Plaintiff's extension of time (ECF No. 24) is hereby AMENDED nunc pro tunc to provide for a July 26 filing deadline for the opposition. Defendants' Motion to Strike, ECF No. 28, is thus DENIED.

///

    Not every argument that can be raised should be.  This obviously ministerial problem should have been resolved by a stipulation instead of by a noticed motion wasting the Court's time.  Going forward, the parties are advised to evaluate the prudency of raising legal arguments through the added lens of common sense.

    IT IS SO ORDERED.

Dated:  August 1, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE